**BAY STATE OPTICAL CO., Plaintiff-Appellant, v. Morris KLEIN, Isidore Klein, and Louis Dunkelsberg, Individually and as Co-partners Doing Business under the Name of the Newport Optical Manufacturing Co., and Newport Optical Manufacturing Co., Inc., Defendants-Appellees.**

Circuit Court of Appeals, Second Circuit.
January 9, 1928.

No. 93.

Appeal from the District Court of the United States for the Eastern District of New York.

Robert S. Blair, William T. Kneiszner, and Rufus B. Short, all of New York City, for appellant.

Thomas Howe, of New York City, for appellees.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree (20 F.[2d] 915) affirmed, with costs.

———

2

**Ralph BILLA, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

Circuit Court of Appeals, Fifth Circuit.
January 25, 1928.

No. 5055.

In Error to the District Court of the United States for the Southern District of Florida; Wm. B. Sheppard, Judge.

E. R. Dickenson, of Tampa, Fla., for plaintiff in error.

Wm. M. Gober, U. S. Atty., of Tampa, Fla., and Francis L. Poor, Asst. U. S. Atty., of Jacksonville, Fla., for defendant in error.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The above numbered and entitled cause coming on to be heard, comes the defendant in error therein and confesses that in the record and proceedings of the court below therein there is reversible error. Because of such error so confessed, it is ordered and adjudged that the judgment of said District Court in said cause be and the same is reversed, and that said cause be remanded to said District Court, with direction that a new trial thereof be granted.

3

**J. D. BRENNAN, alias Bert Brennan, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

Circuit Court of Appeals, Fifth Circuit.
January 25, 1928.

No. 5059.

Error to the District Court of the United States for the Southern District of Florida; Lake Jones, Judge.

J. O. Hillis, of Tampa, Fla., for plaintiff in error.

Wm. M. Gober, U. S. Atty., of Tampa, Fla., and Francis L. Poor, Asst. U. S. Atty., of Jacksonville, Fla.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The above numbered and entitled cause coming on to be heard, comes the defendant in error therein and confesses that in the record and proceedings of the court below therein there is reversible error. Because of such error so confessed, it is ordered and adjudged that the judgment of said District Court in said cause be and the same is reversed, and that said cause be remanded to said District Court, with direction that a new trial thereof be granted.

———

4

**Michael J. BYRNES, Libelant-Appellee, v. CORNELL STEAMBOAT COMPANY, Respondent-Appellant, and Steamer Trojan, Her Engines, etc.; Middleton S. Borland, as Receiver of Hudson Navigation Company, Claimant-Appellee.**

Circuit Court of Appeals, Second Circuit.
December 19, 1927.

No. 76.

Appeal from the District Court of the United States for the Southern District of New York.

Kirlin, Woolsey, Campbell, Hickox & Keating, of New York City (Robert S. Erskine and Henry P. Elliott, both of New York City, of counsel), for appellant.

Park, Mattison & Lynch, of New York City (Anthony V. Lynch, Jr., of New York City, of counsel), for appellee Byrnes.

Reynolds, Richards & McCutcheon, of New York City (John S. Chapman, of New York City, of counsel), for claimant-appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Decree affirmed, with costs.